**ENOS, Plaintiff-Appellee, v ENOS, Defendant-Appellant.**

Ohio Appeals, Second District, Franklin County.

No. 4022.   Decided October 3, 1947.

128

Horace S. Kerr, Columbus, for plaintiff-appellee.
B. N. Murray, Columbus, for defendant-appellant.

**OPINION**

By THE COURT:

This is an appeal from the judgment of the Common Pleas Court of Franklin County in which the plaintiff was granted a decree of divorce from the defendant and an order was made respecting a division of property.

The notice of appeal states that said appeal is on "question of law and fact". No appeal bond was given as required by §12223-6 GC. Because of the failure to give an appeal bond as required by this section, the appeal is ineffective as an appeal on questions of law and fact. The appeal is not dismissed but stands for hearing as an appeal on questions of law.

No bill of exceptions has been filed. When an appeal on law and fact is ineffective and the case is retained as an appeal on questions of law, and no bill of exceptions has been filed, the reviewing court is required under the provisions of §11564 GC, to fix a time for the preparation and settlement of a bill of exceptions, which shall not exceed thirty days. Loos v Wheeling & Lake Erie Ry. Co., 134 Oh St 32; Parker v Ingle, 56 Oh Ap 62; Olsen v Watson, 42 O. L. A. 411; Krause v Henry, 20 O. O. 351.

The Court orders this case to stand as an appeal on questions of law and grants to appellant thirty days after the filing of the entry journalizing this decision within which to prepare and settle a bill of exceptions.

WISEMAN, P. J., MILLER and HORNBECK, JJ., concur.